**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Roger Robert Rifenburgh Jr<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1568 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Lauren Adele Rifenburgh<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1084 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Texas | | |
| Case number: | 25–10414–smr | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roger Robert Rifenburgh Jr
aka Roger R Rifenburgh Jr

Lauren Adele Rifenburgh
aka Lauren A Rifenburgh

6/27/25

**For the court:**

Barry D. Knight
Clerk of the Bankruptcy Court

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Texas

| | |
|---|---|
| In re:<br>Roger Robert Rifenburgh, Jr<br>Lauren Adele Rifenburgh<br>Debtors | Case No. 25-10414-smr<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin |  |
| Date Rcvd: Jun 27, 2025 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Roger Robert Rifenburgh, Jr, Lauren Adele Rifenburgh, 1506 Lorson Loop, Round Rock, TX 78665-1246 |
| 18885900 | | United States Attorney -Western, 601 NW Loop 410 Suite 600, Austin, TX 78701 |
| 18885905 | + | Williamson County Appraisal, 625 FM 1460, Georgetown, TX 78626-8050 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRNOSHEROW.COM | Jun 28 2025 02:38:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 27 2025 22:40:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18885875 | | Email/Text: clerk@allmandlaw.com | Jun 27 2025 22:40:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 18885876 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 22:50:02 | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 18885877 | + | Email/Text: CSD-BankSO@oag.texas.gov | Jun 27 2025 22:40:00 | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 18885878 | + | EDI: BANKAMER | Jun 28 2025 02:38:00 | Bank of America, Bankruptcy, PO Box 660710, Dallas, TX 75266-0710 |
| 18885880 | | Email/Text: banko@cornerstonecredit.net | Jun 27 2025 22:40:00 | Cornerstone, P.O. Box 92090, Anchorage, AK 99509 |
| 18885879 | + | EDI: CAPITALONE.COM | Jun 28 2025 02:38:00 | Capital One, by American InfoSource as Agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18885881 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 27 2025 22:50:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 18885882 | + | EDI: DISCOVER | Jun 28 2025 02:38:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 18885883 | | Email/Text: EBN@edfinancial.com | Jun 27 2025 22:40:00 | EdFinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 18885884 | | EDI: IRS.COM | Jun 28 2025 02:38:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 18885885 | | EDI: JPMORGANCHASE | Jun 28 2025 02:38:00 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 18885886 | | EDI: CAPITALONE.COM | Jun 28 2025 02:38:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |

| | | | | |
|---|---|---|---|---|
| 18885888 | | Email/Text: sanantonio.bankruptcy@publicans.com | Jun 27 2025 22:40:00 | Linebarger Goggan Blair & Sampson, LLP, 112 E. Pecan St Suite 2200, San Antonio, TX 78205 |
| 18885889 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 22:50:07 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 18885891 | | Email/Text: ml-ebn@missionlane.com | Jun 27 2025 22:40:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 18885890 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 22:40:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 18885892 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 27 2025 22:40:00 | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 18885893 | ^ | MEBN | Jun 27 2025 22:37:23 | NCB Management Services, Attn: Manager/Attn Officer, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 18885894 | + | EDI: NTXTOLWAY | Jun 28 2025 02:38:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 18893765 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 27 2025 22:40:00 | Nationstar Mortgage LLC, c/o ANTHONY SCHROEDER, ALDRIDGE PITE, LLP, 3333 CAMINO DEL RIO SOUTH, SUITE 225, SAN DIEGO, CA 92108-3808 |
| 18885895 | | EDI: PRA.COM | Jun 28 2025 02:38:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 18885897 | | Email/Text: bankruptcy@springoakscapital.com | Jun 27 2025 22:40:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, 1400 Crossways Blvd Suite 100B, Chesapeake, VA 23320 |
| 18885898 | | EDI: AISTMBL.COM | Jun 28 2025 02:38:00 | T- Mobile, PO Box 742596, CINCINNATI, OH 45274 |
| 18885899 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 27 2025 22:41:00 | Texas Alcoholic Beverage Comm, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 18885902 | ^ | MEBN | Jun 27 2025 22:37:46 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 18885901 | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 27 2025 22:40:00 | United States Trustee, 903 San Jacinto Blvd, Room 230, Austin, TX 78701-2450 |
| 18885903 | + | EDI: AIS.COM | Jun 28 2025 02:38:00 | Verizon Wireless, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 18885904 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 27 2025 22:50:15 | Wells Fargo Bank NA, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |
| 18892052 | + | Email/Text: julie.parsons@mvbalaw.com | Jun 27 2025 22:40:00 | Williamson County, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Williamson County, c/o Julie Parsons, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18885887 | *+ | Lauren Adele Rifenburgh, 1506 Lorson Loop, Round Rock, TX 78665-1246 |
| 18885896 | *+ | Roger Robert Rifenburgh, Jr, 1506 Lorson Loop, Round Rock, TX 78665-1246 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Anthony Schroeder | on behalf of Creditor Nationstar Mortgage LLC ecftxwb@aldridgepite.com aschroeder@ecf.courtdrive.com |
| Julie A. Parsons | on behalf of Creditor Williamson County jparsons@mvbalaw.com vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com |
| Nicholas C Inman | on behalf of Debtor Lauren Adele Rifenburgh NInman@Allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Nicholas C Inman | on behalf of Debtor Roger Robert Rifenburgh Jr NInman@Allmandlaw.com, dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Randolph N Osherow | rosherow13@gmail.com rosherow@ecf.axosfs.com,rosherow13@gmail.com;rosherow@hotmail.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 6